■ MARIA J. BALDWIN, on Behalf of Herself and All Others Similarly Situated, Respondent, v CESAR PERALES, as Commissioner of the New York State Department of Social Services, Defendant, and BARBARA J. SOBOL, as Commissioner of the New York City Department of Social Services, et al., Appellants.—Order, Supreme Court, New York County (Eugene Nardelli, J.), entered on April 20, 1990, unanimously affirmed for the reasons stated by Eugene Nardelli, J., without costs. No opinion. Concur—Carro, J. P., Milonas, Rosenberger and Kupferman, JJ.

■ PETER CANGEMI et al., Plaintiffs, v CITY OF NEW YORK, Defendant and Third-Party Plaintiff. NORTH RIVER ASSOCIATES, Third-Party Defendant and Second Third-Party Plaintiff-Appellant; ARGRETT ENTERPRISES CORP., Second Third-Party Defendant-Respondent and Third Third-Party Plaintiff, et al., Third Third-Party Defendant.—Judgment, Supreme Court, New York County (Martin Stecher, J.), entered on June 8, 1990, unanimously affirmed for the reasons stated by Martin Stecher, J., with costs. No opinion. Concur—Milonas, J. P., Ross, Asch, Kassal and Smith, JJ.